IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AXO TEMPORARY STAFFING LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:17-cv-1161 (AJT/TCB) |

## **ORDER**

This matter is before the Court on the Report and Recommendations [Doc. No. 13] of the Magistrate Judge recommending that Plaintiffs' Motion for Default Judgment [Doc. No. 9] be granted and that default judgment be entered in favor of Plaintiffs and against Defendant AXO Temporary Staffing LLC. The Magistrate Judge also advised the parties that objections to the Report & Recommendation must be filed within fourteen (14) days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiffs' Motion for Default Judgment [Doc. No. 9] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, ENTERED in favor of Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund and against Defendant AXO Temporary Staffing LLC in the amount of $20,259.28 (composed of $17,243.11 in unpaid

contributions for the months February 2017 through June 2017; $1,724.31 in liquidated damages; and $1,291.86 in accrued interest); and it is further

ORDERED that default judgment be, and the same hereby is, ENTERED in favor of Plaintiff Trustees of the International Training Fund against Defendant AXO Temporary Staffing LLC in the amount of $615.79 (composed of $483.00 in unpaid contributions for the months February 2017 through June 2017; $96.60 in liquidated damages; and $36.19 in accrued interest); and it is further

ORDERED that default judgment be, and the same hereby entered against Defendant in favor of Plaintiffs in the amount of $1,792.50 in attorney's fees and $686.29 in costs.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order to all counsel of record, and mail copies of this order to Defendant and its registered agent at the following addresses on record:

AXO Temporary Staffing LLC
11601 W. Highway 290, Suite A101
Austin, TX 78737

AXO Temporary Staffing LLC
901 E. 7th Street
Austin, TX 78702-3216

Richie & Gueringer, P.C.
Registered Agent
100 Congress Avenue, Suite 1750
Austin, TX 78701

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 12, 2018